UNITED STATES BANKRUPTCY COURT
_EASTERN_ DISTRICT OF _NEW YORK_

In re Nisthauz Group Inc
    **Debtor**

Case No. 15-42231

Reporting Period: October 1 to October 30 2015

Federal Tax I.D. # 41-2175748

**SINGLE ASSET REAL ESTATE COMPANIES**

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (RE) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | MOR-2 (RE) | | |
| Balance Sheet | MOR-3 (RE) | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (RE) | | |
| Copies of tax returns filed during reporting period | | | |
| Rent Roll | MOR-5 (RE) | | |
| Payments to Insiders and Professional | MOR-6 (RE) | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 (RE) | | |
| Cash Flow Projection | MOR-7 (RE) | | |
| Debtor Questionnaire | MOR-8 (RE) | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Date 12/2/15

Date

Jorge NISTHAUZ

Date 12/2/15

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (RE)
2/2008
PAGE 1 OF 1

In re Nisthauz Group Inc
   **Debtor**

Case No. 15-42231

Reporting Period: October 1, 2015 to October 30 2015

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement.  The beginning cash should be the ending cash from the prior month
or, if this is the first report,  the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH -
ACTUAL" column must equal the sum of the three bank account columns. Attach copies of the bank statements and the cash disbursements journal.
The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be
attached for each account.  [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | |
|---|---|---|---|---|
| | OPER. | TAX | OTHER | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| ACCOUNT NUMBER (LAST 4) | | | | |
| CASH BEGINNING OF MONTH | | | | |
| RECEIPTS | | | | |
| CASH SALES | | | | |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | |
| LOANS AND ADVANCES | | | | |
| SALE OF ASSETS | | | | |
| OTHER *(ATTACH LIST)* | | | | |
| TRANSFERS *(FROM DIP ACCTS)* | | | | |
| TOTAL RECEIPTS | | | | |
| DISBURSEMENTS | | | | |
| NET PAYROLL | | | | |
| PAYROLL TAXES | | | | |
| SALES, USE, & OTHER TAXES | | | | |
| INVENTORY PURCHASES | | | | |
| SECURED/ RENTAL/ LEASES | | | | |
| INSURANCE | | | | |
| ADMINISTRATIVE | | | | |
| SELLING | | | | |
| OTHER *(ATTACH LIST)* | | | | |
| OWNER DRAW * | | | | |
| TRANSFERS *(TO DIP ACCTS)* | | | | |
| PROFESSIONAL FEES | | | | |
| U.S. TRUSTEE  QUARTERLY FEES | | | | |
| COURT COSTS | | | | |
| TOTAL DISBURSEMENTS | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | | | | |
| CASH – END OF MONTH | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH  ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS:   ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | |

In re Nisthauz Group Inc
    Debtor

Case No. 15-42231
Reporting Period: October 1 to October 30, 2015

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating | Tax | Other |
|---|---|---|---|
| | # | # | # |
| **BALANCE PER BOOKS** | | | |
| **BANK BALANCE** | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | | | |
| OTHER *(ATTACH EXPLANATION)* | | | |
| | | | |
| **ADJUSTED BANK BALANCE \*** | | | |

\*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Date | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| CHECKS OUTSTANDING | Ck # | Ck # | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**OTHER**

_____

_____

_____

_____

_____

In re Nisthauz Group Inc        Case No. 15-42231

Debtor        Reporting Period: October1 to October 30 2015

### STATEMENT OF OPERATIONS  (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| INCOME | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Rental Income | 9442 | |
| Additional Rental Income | | |
| Common Area Maintenance Reimbursement | | |
| Total Income *(attach MOR-5 (RE) Rent Roll)* | 9442 | |
| OPERATING EXPENSES | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Cleaning and Maintenance | 375 | |
| Commissions | | |
| Officer/Insider Compensation* | 3500 | |
| Insurance | | |
| Management Fees/Bonuses | | |
| Office Expense | 280 | |
| Other Interest | | |
| Repairs | 2200 | |
| Supplies | | |
| Taxes - Real Estate | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other *(attach schedule)* | | |
| Total Operating Expenses Before Depreciation | | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | | |
| OTHER INCOME AND EXPENSES | | |
| Other Income *(attach schedule)* | | |
| Interest Expense | | |
| Other Expense *(attach schedule)* | | |
| Net Profit (Loss) Before Reorganization Items | | |
| REORGANIZATION ITEMS | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | |
| Gain (Loss) from Sale of Property | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re Nisthauz Group Inc
 Debtor

Case No. 15-42231
Reporting Period: October1 to October 30 2015

**BREAKDOWN OF "OTHER" CATEGORY**

OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

OTHER INCOME

| | | |
|---|---|---|
| | | |
| | | |

OTHER EXPENSES

| | | |
|---|---|---|
| | | |
| | | |

OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

In re Nisthauz Group Inc

**Debtor**

Case No. **15-42231**

Reporting Period: )er 1to october 30 2015

### BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| **CURRENT ASSETS** | | | |
| Unrestricted Cash and Equivalents | | | |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | | | |
| Accounts Receivable (Net) | | | |
| Notes Receivable | | | |
| Prepaid Expenses | | | |
| Professional Retainers | | | |
| Other Current Assets *(attach schedule)* | | | |
| TOTAL CURRENT ASSETS | | | |
| **PROPERTY & EQUIPMENT** | | | |
| Real Property and Improvements | | | |
| Machinery and Equipment | | | |
| Furniture, Fixtures and Office Equipment | | | |
| Leasehold Improvements | | | |
| Vehicles | | | |
| Less: Accumulated Depreciation | | | |
| TOTAL PROPERTY & EQUIPMENT | | | |
| **OTHER ASSETS** | | | |
| Amounts due from Insiders* | | | |
| Other Assets *(attach schedule)* | | | |
| TOTAL OTHER ASSETS | | | |
| TOTAL ASSETS | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | | |
| Accounts Payable | | | |
| Taxes Payable *(refer to FORM MOR-4)* | | | |
| Notes Payable | | | |
| Rent / Leases - Building/Equipment | | | |
| Secured Debt / Adequate Protection Payments | | | |
| Professional Fees | | | |
| Amounts Due to Insiders* | | | |
| Other Post-petition Liabilities *(attach schedule)* | | | |
| TOTAL POST-PETITION LIABILITIES | | | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | | |
| Secured Debt | | | |
| Priority Debt | | | |
| Unsecured Debt | | | |
| TOTAL PRE-PETITION LIABILITIES | | | |
| TOTAL LIABILITIES | | | |
| **OWNERS' EQUITY** | | | |
| Owner's Equity Account | | | |
| Retained Earnings - Pre-Petition | | | |
| Retained Earnings - Post-petition | | | |
| Adjustments to Owner Equity *(attach schedule)* | | | |
| Post-petition Contributions *(attach schedule)* | | | |
| NET OWNERS' EQUITY | | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re Nisthauz Group Inc
    Debtor

Case No.    15-42231

Reporting Period: )er 1 to october 30 2015

**BALANCE SHEET - continuation sheet**

| | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | |
|---|---|---|---|
| Other Current Assets | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Other Assets | | | |
| | | | |
| | | | |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Post-petition Liabilities | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Adjustments to Owner's Equity | | | |
| | | | |
| | | | |
| Post-Petition Contributions | | | |
| | | | |
| | | | |

Restricted Cash:  Cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

In re nisthauz Groupi Inc _____          Case No. 15-42231 _____
   **Debtor**                                    Reporting Period:  October 1 to October 30 , 2015

## SUMMARY OF UNPAID POST-PETITION DEBTS

**Number of Days Past Due**

|  | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Mortgage | 1800 |  |  |  |  |  |
| Rent |  |  |  |  |  |  |
| Secured Debt/Adequate Protection Payments |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Real Estate Taxes |  |  |  |  |  |  |
| Other Post-Petition debt *(list creditor)* |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| **Total Post-petition Debts** | 1800 |  |  |  |  |  |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

_____

_____

_____

_____

In re Nisthauz Group Inc
      Debtor

Case No. 15-42231
Reporting Period: October 1 to October 30 2015

## RENT ROLL

A rent roll must be included for each property.  The debtor's rent roll may be substituted for this page.  Attach additional sheets as needed.

**Property:** _____

**Square Footage:** _____

| Tenant | Unit # | Office Area | Warehouse Area | Total Sq. Ft. | % of Bldg. | Lease Type | Lease Term | Lease Start | Lease End | Monthly Rent | Annual Rent | Common Area Maint. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| valverde | 1 | | | | | | | | | 1100 | | |
| Edrin | 2 | | | | | | | | | 1500 | | |
| Lantigua | 3 | | | | | | | | | 1386 | | |
| Herras | 4 | | | | | | | | | 1478 | | |
| Carlos | 6 | | | | | | | | | 1323 | | |
| Calloso | 7 | | | | | | | | | 1155 | | |
| Santa | 8 | | | | | | | | | 1500 | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | Totals | 9442 | | |

In re Nisthauz Group Inc
      Debtor

Case No. 15-42231
Reporting Period: October 1 to October 30 2015

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals.  For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.).  Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | | |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | | | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

In re Nisthauz Group Inc
**Debtor**

Case No. 15-42231
Reporting Period: <u>October 1 to October 30 , 2015</u>

## CASH FLOW PROJECTION FOR THE PERIOD _____ THROUGH _____

A cash flow projection must be included for each property. The debtor's cash flow projection may be substituted for this page. Attach additional sheets as needed. This projection needs to be completed at the beginning of the case, every year, or when there are significant changes (i.e. tenant change, rent change, etc.)

Property: _____
Square Footage: _____

| | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | | | | | |
| Rental Income | | | | | | | | | | | | |
| Additional Rental Income | | | | | | | | | | | | |
| Common Area Maintenance Reimbursement | | | | | | | | | | | | |
| Total Income | | | | | | | | | | | | |
| **OPERATING EXPENSES** | | | | | | | | | | | | |
| Advertising | | | | | | | | | | | | |
| Auto and Truck Expense | | | | | | | | | | | | |
| Cleaning and Maintenance | | | | | | | | | | | | |
| Commissions | | | | | | | | | | | | |
| Officer/Insider Compensation* | | | | | | | | | | | | |
| Insurance | | | | | | | | | | | | |
| Management Fees/Bonuses | | | | | | | | | | | | |
| Office Expense | | | | | | | | | | | | |
| Other Interest | | | | | | | | | | | | |
| Repairs | | | | | | | | | | | | |
| Supplies | | | | | | | | | | | | |
| Taxes - Real Estate | | | | | | | | | | | | |
| Travel and Entertainment | | | | | | | | | | | | |
| Utilities | | | | | | | | | | | | |
| Other *(attach schedule)* | | | | | | | | | | | | |
| Total Expenses | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Debt Service | | | | | | | | | | | | |
| Professional Fees | | | | | | | | | | | | |
| U.S. Trustee Fees | | | | | | | | | | | | |
| Court Costs | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Net Income | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Tenant Improvements | | | | | | | | | | | | |
| Vacancy Allowance | | | | | | | | | | | | |
| Net Cash Flow | | | | | | | | | | | | |

**In re** Nisthuaz Group Inc                                    **Case No.** 15-42231
      **Debtor**                                    **Reporting Period:** October 1 to October 30 2015

## DEBTOR QUESTIONNAIRE

| Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any assets been sold or transferred outside the normal course of business this reporting period? | | no |
| 2 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | no |
| 3 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | no |
| 4 Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | no |
| 5 Is the Debtor delinquent in paying any insurance premium payment? | | no |
| 6 Have any payments been made on pre-petition liabilities this reporting period? | | **no** |
| 7 Are any post petition receivables (accounts, notes or loans) due from related parties? | | no |
| 8 Are any post petition State or Federal income taxes past due? | | no |
| 9 Are any post petition real estate taxes past due? | | no |
| 10 Are any other post petition taxes past due? | | **no** |
| 11 Have any pre-petition taxes been paid during this reporting period? | | no |
| 12 Are any amounts owed to post petition creditors delinquent? | | no |
| 13 Have any post petition loans been been received by the Debtor from any party? | | no |
| 14 Is the Debtor delinquent in paying any U.S. Trustee fees? | | no |
| 15 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | no |
| 16 Have the owners or shareholders received any compensation outside of the normal course of business? | | no |

Cash Bankrupcy account

Register

12/4/2015

Page 1

| Date | Num | Payee | Memo | Category | Amount | C | Balance |
|------|-----|-------|------|----------|--------|---|---------|
| 10/9/2015 | | October Corona Rents | | building rents/corona building | 9,442.00 | | 16,327.00 |
| 10/10/2015 | | Green Assets Mortgage | | mortgage/corona building | -1,800.00 | | 14,527.00 |
| 10/31/2015 | | Jorge | | Payroll/corona building | -7,000.00 | | 7,527.00 |
| 10/31/2015 | | Office Expenses | needed 3000 fathers burial st... | Office Expenses (Business)... | -280.00 | | 7,247.00 |
| 10/31/2015 | | Luis | | super cleaning/corona build... | -375.00 | | 6,872.00 |
| 10/31/2015 | | Repairs | heat pluming from apt 1going... | Repairs (Rental)/corona bui... | -2,200.00 | | 4,672.00 |



**Bank**

America's Most Convenient Bank®

E          STATEMENT OF ACCOUNT

NISTHAUZ GROUP INC
77 STARBUCK ST
STATEN ISLAND NY 10304-1731

| | |
|---|---|
| Page: | 1 of  2 |
| Statement Period: | Oct 01 2015-Oct 31 2015 |
| Cust Ref #: | ████████720-E-*** |
| Primary Account #: | ████████7148 |

## Business Convenience Checking

NISTHAUZ GROUP INC                                                        Account #███████7148

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---:|
| Statement Balance as of 10/01 | | | -486.42 |
| Plus | 2 | Deposits and Other Credits | 7,000.00 |
| Less | 6 | Checks and Other Debits | 5,475.28 |
| Less | | Service Charges | 25.00 |
| Statement Balance as of 10/31 | | | 1,013.30 |

### ACCOUNT ACTIVITY

**Transactions by Date**

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---:|---:|---:|
| 10/7 | eTransfer Credit, Online Xfer | | 4,000.00 | 3,513.58 |
| | Transfer from CK 7919091350 | | | |
| 10/8 | eTransfer Credit, Online Xfer | | 3,000.00 | 6,513.58 |
| | Transfer from CK 7919091350 | | | |
| 10/8 | DDA PURCHASE | 1,829.53 | | 4,684.05 |
| | AUT 100815 DDA PURCHASE | | | |
| | USPS 3817440216          COLUMBUS      * OH | | | |
| | 4085404008646956 | | | |
| 10/8 | DDA PURCHASE | 38.00 | | 4,646.05 |
| | AUT 100715 DDA PURCHASE | | | |
| | COSTCO GAS 1160          COLUMBUS      * OH | | | |
| | 4085404008646956 | | | |
| 10/13 | VISA DDA PUR | 1,507.75 | | 3,138.30 |
| | AUT 100915 VISA DDA PUR | | | |
| | AMTRUST NA          877 528 7878  * OH | | | |
| | 4085404008646956 | | | |
| 10/15 | eTransfer Debit, Online Xfer | 700.00 | | 2,438.30 |
| | Transfer to CK 7919091350 | | | |
| 10/15 | eTransfer Debit, Online Xfer | 700.00 | | 1,738.30 |
| | Transfer to CK 7919091350 | | | |
| 10/26 | eTransfer Debit, Online Xfer | 700.00 | | 1,038.30 |
| | Transfer to CK 4262784296 | | | |
| 10/30 | MAINTENANCE FEE | 25.00 | | 1,013.30 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 🏠

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❷

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Deposits** |  | ❷ |

❹

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Withdrawals** |  | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible.  We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number..
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error.  If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES:Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge.  The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement).  The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle.  The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day.  There is no grace period during which no finance charge accrues.  Finance charge adjustments are included in your total finance charge.

 **Bank**

America's Most Convenient Bank®

E          STATEMENT OF ACCOUNT

NISTHAUZ GROUP INC
DIP CASE 15-42231 EDNY
77 STARBUCK ST
STATEN ISLAND NY 10304-1731

| | |
|---|---|
| Page: | 1 of  3 |
| Statement Period: | Nov 01 2015-Nov 30 2015 |
| Cust Ref #: | ▆▆▆48-039-E-*** |
| Primary Account #: | ▆▆▆7148 |

## Chapter 11 Checking

NISTHAUZ GROUP INC
DIP CASE 15-42231 EDNY

Account #▆▆▆17148

## WE WILL SOON CHARGE A MONTHLY FEE FOR PAPER STATEMENTS.

BEGINNING JANUARY 1, 2016, WE'LL CHARGE A $2.00 MONTHLY FEE FOR PAPER STATEMENTS. TO HELP US "GO
GREEN" AND AVOID THIS FEE, LOG IN TO TDBANK.COM/BUSINESSDIRECT AND SIGN UP FOR ONLINE STATEMENTS
ONLY BY DECEMBER 31, 2015. IF YOU DON'T USE ONLINE BANKING NOW, YOU'LL NEED TO SIGN UP FOR TD BANK
BUSINESSDIRECT FIRST. IF YOU ONLY RECEIVE ONLINE STATEMENTS NOW, THIS FEE DOESN'T APPLY.
QUESTIONS? CALL 1-888-751-9000.

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---:|
| Statement Balance as of 11/01 | | | 1,013.30 |
| Plus | 3 | Deposits and Other Credits | 9,197.00 |
| Less | 11 | Checks and Other Debits | 7,131.79 |
| Statement Balance as of 11/30 | | | 3,078.51 |

| | Total for This Period | Total Year-to-Date |
|---|---:|---:|
| Total Overdraft Fees | $0.00 | $900.00 |
| Total Returned Item Fees (NSF) | $0.00 | $490.00 |

### ACCOUNT ACTIVITY

**Transactions by Date**

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---:|---:|---:|
| 11/2 | eTransfer Debit, Online Xfer | 700.00 | | 313.30 |
| | Transfer to CK 4262784296 | | | |
| 11/5 | DEPOSIT | | 2,423.00 | 2,736.30 |
| 11/9 | DDA PURCHASE | 1,823.29 | | 913.01 |
| | AUT 110915 DDA PURCHASE | | | |
| | USPS 3817440216          COLUMBUS      * OH | | | |
| | 4085404008646956 | | | |
| 11/9 | eTransfer Debit, Online Xfer | 700.00 | | 213.01 |
| | Transfer to CK 4262784296 | | | |
| 11/9 | VISA DDA PUR | 25.00 | | 188.01 |
| | AUT 110615 VISA DDA PUR | | | |
| | EZPASS PREPAID TOLL        800 333 8655  * NY | | | |
| | 4085404008646956 | | | |
| 11/12 | DEPOSIT | | 5,255.00 | 5,443.01 |
| 11/13 | DEPOSIT | | 1,519.00 | 6,962.01 |
| 11/16 | eTransfer Debit, Online Xfer | 700.00 | | 6,262.01 |
| | Transfer to CK 4262784296 | | | |
| 11/16 | eTransfer Debit, Online Xfer | 700.00 | | 5,562.01 |
| | Transfer to CK 4262784296 | | | |

## Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES:Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

NISTHAUZ GROUP INC
DIP CASE 15-42231 EDNY

| | |
|---|---|
| Page: | 3 of   3 |
| Statement Period: | Nov 01 2015-Nov 30 2015 |
| Cust Ref #: | █████48-039-E-*** |
| Primary Account #: | ████17148 |

---

## ACCOUNT ACTIVITY

### Transactions by Date (continued)

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|
| 11/16 | eTransfer Debit, Online Xfer<br>Transfer to CK 7919091350 | 700.00 | | 4,862.01 |
| 11/18 | ELECTRONIC PMT-WEB<br>VZ WIRELESS VE VZW WEBPAY 9830091 | 283.50 | | 4,578.51 |
| 11/19 | eTransfer Debit, Online Xfer<br>Transfer to CK 4262784296 | 500.00 | | 4,078.51 |
| 11/20 | eTransfer Debit, Online Xfer<br>Transfer to CK 4262784296 | 500.00 | | 3,578.51 |
| 11/25 | eTransfer Debit, Online Xfer<br>Transfer to CK 4262784296 | 500.00 | | 3,078.51 |

---

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**
America's Most Convenient Bank®

E      STATEMENT OF ACCOUNT

JORGE NISTHAUZ
77 STARBUCK STREET
STATEN ISLAND NY 10304

Page:                                        1 of   7
Statement Period:    Sep 24 2015-Oct 23 2015
Cust Ref #:          -630-E-***
Primary Account #:                           ●1350

## TD Convenience Checking
JORGE NISTHAUZ

Account # XXXXXXXXXXXX

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Statement Balance as of 09/24 | | | 990.86 |
| Plus | 8 | Deposits and Other Credits | 12,327.83 |
| Less | 59 | Checks and Other Debits | 13,846.16 |
| Less | | Service Charges | 14.00 |
| Statement Balance as of 10/23 | | | -541.47 |

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $280.00 | $1,330.00 |
| Total Returned Item Fees (NSF) | $0.00 | $35.00 |

### ACCOUNT ACTIVITY

**Transactions by Date**

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|
| 9/24 | eTransfer Debit, Online Xfer | 600.00 | | 390.86 |
| | Transfer to CK 4262784296 | | | |
| 9/24 | VISA DDA PUR, *****45098874676 | 38.11 | | 352.75 |
| | AUT 092315 VISA DDA PUR | | | |
| | VESTA  T MOBILE        888 278 3397 * OR | | | |
| 9/25 | Check #995145 | 200.00 | | 152.75 |
| 9/28 | ACH DEPOSIT | | 0.97 | 153.72 |
| | SQUARE INC 150928P2 L****8006573 | | | |
| 9/28 | Check #4912 | 48.00 | | 105.72 |
| 9/29 | eTransfer Credit, Online Xfer | | 300.00 | 405.72 |
| | Transfer from CK 4262784296 | | | |
| 9/29 | OVERDRAFT PD | 35.00 | | 370.72 |
| 9/29 | VISA DDA PUR, *****45098874676 | 253.00 | | 117.72 |
| | AUT 092815 VISA DDA PUR | | | |
| | VERIZON WRLS MYACCT VN    800 9220204  * CA | | | |
| 10/5 | ELECTRONIC PMT-TEL | 50.00 | | 67.72 |
| | CAPITAL ONE CRCARDPMT ****30189086897 | | | |
| 10/5 | ACH DEBIT | 28.76 | | 38.96 |
| | TARGET DEBIT CRD ACH TRAN  ****10022851058 | | | |
| | TARGET        058COLUMBUS    OH | | | |
| 10/5 | DDA PURCH W/CB, *****45098874676 | 26.62 | | 12.34 |
| | AUT 100515 DDA PURCH W/CB | | | |
| | KROGER          COLUMBUS    * OH | | | |
| 10/6 | ELECTRONIC PMT-TEL | 70.00 | | -57.66 |
| | CAPITAL ONE CRCARDPMT ****33189007263 | | | |
| 10/7 | DEPOSIT | | 4,221.00 | 4,163.34 |
| 10/7 | DEPOSIT | | 3,923.00 | 8,086.34 |

## Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Benk, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| **❷ DEPOSITS NOT ON STATEMENT** | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| **❹ WITHDRAWALS NOT ON STATEMENT** | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number..
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES:Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JORGE NISTHAUZ

| | |
|---|---|
| Page: | 3 of 7 |
| Statement Period: | Sep 24 2015-Oct 23 2015 |
| Cust Ref #: | 50-630-E-*** |
| Primary Account #: | 1350 |

## ACCOUNT ACTIVITY

**Transactions by Date (continued)**

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|
| 10/7 | OVERDRAFT PD | 35.00 | | 8,051.34 |
| 10/7 | eTransfer Debit, Online Xfer | 4,000.00 | | 4,051.34 |
| | Transfer to CK 7925217148 | | | |
| 10/8 | eTransfer Debit, Online Xfer | 3,000.00 | | 1,051.34 |
| | Transfer to CK 7925217148 | | | |
| 10/8 | eTransfer Debit, Online Xfer | 200.00 | | 851.34 |
| | Transfer to CK 4262784296 | | | |
| 10/9 | VISA DDA PUR, *****45098874676 | 8.25 | | 843.09 |
| | AUT 100815 VISA DDA PUR | | | |
| | GRAETERS39          COLUMBUS     * OH | | | |
| 10/13 | ACH DEPOSIT | | 4.86 | 847.95 |
| | SQUARE INC 151012P2 L****1142470 | | | |
| 10/13 | DEPOSIT | | 2,478.00 | 3,325.95 |
| 10/13 | DDA PURCHASE, *****45098874676 | 136.98 | | 3,188.97 |
| | AUT 101315 DDA PURCHASE | | | |
| | BANFIELD 1209          GROVE CITY   * OH | | | |
| 10/13 | VISA DDA PUR, *****45098874676 | 74.90 | | 3,114.07 |
| | AUT 101215 VISA DDA PUR | | | |
| | CENTRAL TIRE          COLUMBUS     * OH | | | |
| 10/13 | VISA DDA PUR, *****45098874676 | 23.68 | | 3,090.39 |
| | AUT 100915 VISA DDA PUR | | | |
| | PANERA BREAD 4762          HILLIARD     * OH | | | |
| 10/13 | VISA DDA PUR, *****45098874676 | 21.67 | | 3,068.72 |
| | AUT 101115 VISA DDA PUR | | | |
| | MCDONALD S M5835 OF OH     COLUMBUS     * OH | | | |
| 10/13 | VISA DDA PUR, *****45098874676 | 20.00 | | 3,048.72 |
| | AUT 100915 VISA DDA PUR | | | |
| | COLUMBUS BLUE JACKETS FD   COLUMBUS     * OH | | | |
| 10/13 | VISA DDA PUR, *****45098874676 | 19.67 | | 3,029.05 |
| | AUT 101015 VISA DDA PUR | | | |
| | RAISING CANES RCO12     COLUMBUS     * OH | | | |
| 10/13 | DDA PURCHASE, *****45098874676 | 19.20 | | 3,009.85 |
| | AUT 101315 DDA PURCHASE | | | |
| | PETSMART INC 1209          GROVE CITY   * OH | | | |
| 10/13 | VISA DDA PUR, *****45098874676 | 11.78 | | 2,998.07 |
| | AUT 101115 VISA DDA PUR | | | |
| | WESTLAND FLEA MARKET     COLUMBUS     * OH | | | |
| 10/13 | VISA DDA PUR, *****45098874676 | 11.24 | | 2,986.83 |
| | AUT 101015 VISA DDA PUR | | | |
| | WESTLAND FLEA MARKET     COLUMBUS     * OH | | | |
| 10/13 | VISA DDA PUR, *****45098874676 | 10.00 | | 2,976.83 |
| | AUT 100915 VISA DDA PUR | | | |
| | DNCSS NATIONWIDE CON     COLUMBUS     * OH | | | |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JORGE NISTHAUZ

| | |
|---|---|
| Page: | 4 of 7 |
| Statement Period: | Sep 24 2015-Oct 23 2015 |
| Cust Ref #: | ⬛⬛⬛350-630-E-*** |
| Primary Account #: | ⬛⬛⬛1350 |

## ACCOUNT ACTIVITY

**Transactions by Date (continued)**

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|
| 10/13 | VISA DDA PUR, *****45098874676<br>AUT 100815 VISA DDA PUR<br>BIBIBOP ASIAN GRILL        COLUMBUS     * OH | 9.46 | | 2,967.37 |
| 10/13 | VISA DDA PUR, *****45098874676<br>AUT 100915 VISA DDA PUR<br>DNCSS NATIONWIDE CON      COLUMBUS     * OH | 9.00 | | 2,958.37 |
| 10/14 | DDA PURCHASE, *****45098874676<br>AUT 101415 DDA PURCHASE<br>UNITED DAIRY FAR          COLUMBUS     * OH | 13.44 | | 2,944.93 |
| 10/14 | VISA DDA PUR, *****45098874676<br>AUT 101315 VISA DDA PUR<br>SBARRO LINWORTH           WORTHINGTON  * OH | 6.99 | | 2,937.94 |
| 10/15 | eTransfer Credit, Online Xfer<br>Transfer from CK 7925217148 | | 700.00 | 3,637.94 |
| 10/15 | eTransfer Credit, Online Xfer<br>Transfer from CK 7925217148 | | 700.00 | 4,337.94 |
| 10/15 | VISA DDA PUR, *****45098874676<br>AUT 101415 VISA DDA PUR<br>DDWWW              914 681 0200 * NY | 2,000.00 | | 2,337.94 |
| 10/15 | VISA DDA PUR, *****45098874676<br>AUT 101415 VISA DDA PUR<br>VERIZON WRLS MYACCT VN    800 9220204  * CA | 244.81 | | 2,093.13 |
| 10/15 | VISA DDA PUR, *****45098874676<br>AUT 101215 VISA DDA PUR<br>TWC TIME WARNER CABLE     614 481 5050 * OH | 200.00 | | 1,893.13 |
| 10/15 | VISA DDA PUR, *****45098874676<br>AUT 101415 VISA DDA PUR<br>PETCO 864   63508642      COLUMBUS     * OH | 65.86 | | 1,827.27 |
| 10/15 | VISA DDA PUR, *****45098874676<br>AUT 101415 VISA DDA PUR<br>TRASHBILLING COM CC       802 2447880  * VT | 32.96 | | 1,794.31 |
| 10/16 | VISA DDA PUR, *****45098874676<br>AUT 101515 VISA DDA PUR<br>MICROSOFT  84 EASTON TO   COLUMBUS     * OH | 53.74 | | 1,740.57 |
| 10/16 | VISA DDA PUR, *****45098874676<br>AUT 101515 VISA DDA PUR<br>TLG SHOPPER39031139OCT    800 526 4848 * CT | 16.95 | | 1,723.62 |
| 10/16 | VISA DDA PUR, *****45098874676<br>AUT 101415 VISA DDA PUR<br>DNCSS NATIONWIDE CON      COLUMBUS     * OH | 13.00 | | 1,710.62 |
| 10/16 | VISA DDA PUR, *****45098874676<br>AUT 101415 VISA DDA PUR<br>DNCSS NATIONWIDE CON      COLUMBUS     * OH | 9.75 | | 1,700.87 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 🏠

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JORGE NISTHAUZ

Page:                                          5 of   7
Statement Period:    Sep 24 2015-Oct 23 2015
Cust Ref #:              ████████350-630-E-***
Primary Account #:              ████████1350

---

## ACCOUNT ACTIVITY

**Transactions by Date (continued)**

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|------|-------------|-------|--------|---------|
| 10/16 | VISA DDA PUR, *****45098874676<br>AUT 101515 VISA DDA PUR<br>CINNABON 5955          COLUMBUS     * OH | 1.82 | | 1,699.05 |
| 10/19 | Check #995146 | 200.00 | | 1,499.05 |
| 10/19 | DDA PURCH W/CB, *****45098874676<br>AUT 101915 DDA PURCH W/CB<br>WAL WAL MART SUPER 241     LEWIS CENTER * OH | 105.82 | | 1,393.23 |
| 10/19 | ELECTRONIC PMT-TEL<br>CAPITAL ONE CRCARDPMT ****30189074180 | 50.00 | | 1,343.23 |
| 10/19 | DDA PURCHASE, *****45098874676<br>AUT 101915 DDA PURCHASE<br>COSTCO GAS  1160          COLUMBUS     * OH | 26.00 | | 1,317.23 |
| 10/19 | VISA DDA PUR, *****45098874676<br>AUT 101715 VISA DDA PUR<br>PLANET FITNESS          614 8446100  * OH | 21.55 | | 1,295.68 |
| 10/19 | VISA DDA PUR, *****45098874676<br>AUT 101715 VISA DDA PUR<br>WESTLAND FLEA MARKET          COLUMBUS     * OH | 12.42 | | 1,283.26 |
| 10/19 | VISA DDA PUR, *****45098874676<br>AUT 101815 VISA DDA PUR<br>WESTLAND FLEA MARKET          COLUMBUS     * OH | 5.81 | | 1,277.45 |
| 10/19 | VISA DDA PUR, *****45098874676<br>AUT 101615 VISA DDA PUR<br>DUNKIN 352528     Q35  COLUMBUS     * OH | 5.57 | | 1,271.88 |
| 10/19 | VISA DDA PUR, *****45098874676<br>AUT 101815 VISA DDA PUR<br>WESTLAND FLEA MARKET          COLUMBUS     * OH | 5.38 | | 1,266.50 |
| 10/19 | VISA DDA PUR, *****45098874676<br>AUT 101815 VISA DDA PUR<br>WESTLAND FLEA MARKET          COLUMBUS     * OH | 3.23 | | 1,263.27 |
| 10/20 | VISA DDA PUR, *****45098874676<br>AUT 101915 VISA DDA PUR<br>SUNSET CEMETERY          GALLOWAY    * OH | 1,140.98 | | 122.29 |
| 10/20 | VISA DDA PUR, *****45098874676<br>AUT 101815 VISA DDA PUR<br>EPIC BUFFET          COLUMBUS    * OH | 30.08 | | 92.21 |
| 10/20 | VISA DDA PUR, *****45098874676<br>AUT 101815 VISA DDA PUR<br>EXXONMOBIL  97660641     COLUMBUS    * OH | 20.00 | | 72.21 |
| 10/21 | OVERDRAFT PD | 105.00 | | -32.79 |
| 10/21 | VISA DDA PUR, *****45098874676<br>AUT 102015 VISA DDA PUR<br>CITY OF COLS UTILITIES     614 645 6609 * OH | 243.31 | | -276.10 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 



**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JORGE NISTHAUZ

Page:                               6 of   7
Statement Period:   Sep 24 2015-Oct 23 2015
Cust Ref #:                     ▮▮▮▮-630-E-***
Primary Account #:        ▮▮▮▮91350

---

**ACCOUNT ACTIVITY**

**Transactions by Date (continued)**

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|------|-------------|-------|--------|---------|
| 10/21 | VISA DDA PUR, *****45098874676 | 17.96 | | -294.06 |
| | AUT 101915 VISA DDA PUR | | | |
| | DAKSHIN            COLUMBUS       * OH | | | |
| 10/22 | OVERDRAFT PD | 70.00 | | -364.06 |
| 10/22 | VISA DDA PUR, *****45098874676 | 33.00 | | -397.06 |
| | AUT 102015 VISA DDA PUR | | | |
| | CREW SOCCER STADIUM      614 447 4169  * OH | | | |
| 10/23 | OVERDRAFT PD | 35.00 | | -432.06 |
| 10/23 | VISA DDA PUR, *****45098874676 | 95.41 | | -527.47 |
| | AUT 102115 VISA DDA PUR | | | |
| | BLUEJACKETS        614 246 3350  * OH | | | |
| 10/23 | MAINTENANCE FEE | 14.00 | | -541.47 |

---

**Checks Paid**    No. Checks: 3

For online bill pay customers, checks numbered "99XXXX" likely represent payments to a Biller that were delivered as a paper check. Funds were withdrawn from your account when the check was cashed. You can view these cleared checks in the Account History section of Online Banking.
*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|------|-----------|--------|------|-----------|--------|
| 9/28 | 4912 | 48.00 | 10/19 | 995146 | 200.00 |
| 9/25 | 995145* | 200.00 | | | |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 🏠


**Bank**
America's Most Convenient Bank®

E    **STATEMENT OF ACCOUNT**

JORGE NISTHAUZ

Page:                                    7 of   7
Statement Period:    Sep 24 2015-Oct 23 2015
Cust Ref #:           7█████1350-630-E-***
Primary Account #:        7█████1350



**#4912        9/28      $48.00**

**#995146     10/19    $200.00**

**#995145     9/25     $200.00**